# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 14-41243** |
| | ) | |
| **Jose and Kathryne Nuquid,** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge Janet Baer** |
| | ) | **Geneva, Illinois** |

## NOTICE OF MOTION

TO:  Jose and Kathryne Nuquid, *via US mail*
      Trustee Glenn Stearns *via ECF clerk's electronic delivery system* AND
      See attached Service List

YOU ARE HEREBY NOTIFIED that on June 28, 2019, at 9:30 am or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Janet Baer, or any Judge sitting in her stead, in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois and then and there present the attached Motion to Modify Plan, at which time you may appear if you so deem fit.

/s/ *David H. Cutler*

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of this notice and the attached Motion to be transmitted to the above-named Trustee via electronic court notice and to the Debtors and creditors on the attached Service List via regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on May 28, 2019.

/s/ *David H. Cutler*<br>Attorney for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

```
American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


Cap1/bstby
50 Northwest Point Road
Elk Grove Village, IL 60007


Cap1/mnrds
26525 N Riverwoods Blvd
Mettawa, IL 60045


Cap1/saks
26525 N Riverwoods Blvd
Mettawa, IL 60045


Capital 1 Bank
Attn: General Correspondence
Po Box  30285
Salt Lake City, UT 84130


Chase
Po Box 24696
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179


Comenity Bank/carsons
3100 Easton Square Pl
Columbus, OH 43219


Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218
```

```
Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Express/Comenity Bank
Attention: Bankruptcy Dept
Po Box 182686
Columbus, OH 43218


First Merit Bank
Attention: Bankruptcy
Iii Cascade Plaza
Akron, OH 44308


First National Collect
610 Waltham Way
Sparks, NV 89434


GECRB/Gap
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/JC Penny
Attention:  Bankruptcy
Po Box 103104
Roswell, GA 30076


Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lexus Fsb
Po Box 108
Saint Louis, MO 63166


Nelnet
PO Box 740283
Atlanta, GA 30374


Nordstrom FSB
Attention:  Bankruptcy Department
Po Box 6566
Englewood, CO 80155
```

```
Toyota Fsb
Po Box 108
Saint Louis, MO 63166


Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Us Bank
4325 17th Ave S
Fargo, ND 58125


Von Maur
Attn: Credit Dept
6565 Brady St.
Davenport, IA 52806


Wells Fargo Educational Services
PO Box 5185
Sioux Falls, SD 57117-5185


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


Worlds Foremost Bank N
4800 Nw 1st St Ste 300
Lincoln, NE 68521
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 14-41243** |
| | ) | |
| **Jose and Kathryne Nuquid,** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge Janet Baer** |
| | ) | **Geneva, Illinois** |

**MOTION TO MODIFY PLAN POST CONFIRMATION**

NOW COME the Debtors, Jose and Kathryne Nuquid, by and through their attorneys, the law office of Cutler & Associates, and in support of this Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on November 14, 2014.

3. The Debtors' plan was confirmed on January 16, 2015. The terms of the confirmed plan provided that the Debtors would make payments of $1,385 for 60 months. The plan base was $83,100. The Debtors' unsecured creditors were to receive an estimated 31% of their claims.

4. Said plan included payments to the Debtors' car lender, Toyota Motor Credit Corp. ("Toyota"), for its secured claim on the Debtors' 2010 Toyota Venza.

5. On February 15, 2019, the Debtor was involved in a car accident. Said car was totaled. The insurance company paid $1,758.65 to Toyota directly and paid $12,657 to the Trustee.

6. The Trustee, pursuant to the confirmed plan, paid the remaining amount ($1,537.92) owed to Toyota. It appears the Trustee was unaware Toyota had been paid by the insurance company.

7. However, since Toyota had been paid for its remaining claim by the insurance company, Toyota returned the funds ($1,537.92) as they had received payment from the insurance company directly.

8.  The Trustee now intends to pay the funds to the Debtor's unsecured creditors. This would result in the creditors receiving funds in excess of the amount provided for in the plan.

9.  Because Toyota was paid directly by circumstances beyond the Debtors' control, the plan base should be reduced to the amount Toyota received directly from the insurance company ($1,537.92).

10. The unsecured creditors have received 61% of their claims already, far in excess of the 31% provided for in the confirmed plan. As a result, the unsecured creditors would not be harmed by reducing the plan balance.

11. The Debtors therefore, request that the plan base be reduced to $81,562.08, the amount already paid to creditors in this case. In addition, the Debtors request that the funds paid in excess of the revised plan balance, $1,537.92, be returned to the Debtors.

WHEREFORE, the Debtor prays for the following relief:

A.  That this Court modify the Debtor's plan post-confirmation to reduce the plan base to $81,562.08;

B.  That this Court order the remaining funds held by the Trustee, $1,537.92 be turned over to the Debtors; and

C.  For such other and further relief as this Court deems equitable and just.

Dated: May 28, 2019                                Respectfully Submitted,

                                By:    /s/ David H. Cutler
                                       Counsel for Debtor(s):
                                       Cutler & Associates, Ltd.
                                       4131 Main St.
                                       Skokie, IL 60076
                                       Phone: (847) 673-8600