UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-41243 |
| Jose Q Nuguid | ) | |
| Kathryne P Nuguid | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #2

This matter coming on the Trustee's Objection to Claim No. 2 filed by Toyota Motor Credit Corp, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED THAT:

1) Secured claim #2 of Toyota Motor Credit Corp is determined to be $9,595.08, which is the amount the Trustee has paid to date on the secured claim.

2) If Toyota Motor Credit Corp returns additional funds to the Trustee, its claim shall be further reduced by the amount subsequently returned without further order of the Court.

Enter:

Honorable Janet S. Baer

United States Bankruptcy Judge

September 20, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)